■ The People of the State of New York, Respondent, v Antoine Todd, Appellant. [65 NYS3d 688]—Judgment, Supreme Court, New York County (Jill Konviser, J.), rendered January 23, 2015, convicting defendant, upon his plea of guilty, of assault in the first degree, and sentencing him to a term of nine years, unanimously modified, on the law, to the extent of vacating the sentence and remanding for a youthful offender determination, and otherwise affirmed.

As the People concede, based on *People v Middlebrooks* (25 NY3d 516 [2015]) and *People v Rudolph* (21 NY3d 497 [2013]), defendant is entitled to an explicit youthful offender determi-

nation. Concur—Tom, J.P., Friedman, Renwick, Kahn and Kern, JJ.